# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| STEVEN M.,<br><br>    **Plaintiff,**<br><br>v.<br><br>**FRANK BISIGNANO,**<br>**Commissioner of Social Security,**<br><br>    **Defendant.** | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br><br>**Case No. 2:26-cv-00554-JCB**<br><br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiff's motion to proceed in forma pauperis under 28 U.S.C.

§ 1915.[1] Based upon the court's consideration of the motion, IT IS HEREBY ORDERED that

the motion is GRANTED.

IT IS SO ORDERED.

DATED this 18th day of June 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 2.